# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-0132

———————————————

Jonathan Ibero,

Appellant,

v.

American Airlines and
Sedgwick/CMS,

Appellees.

———————————————

On appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident:  October 22, 2016.

July 24, 2018

Per Curiam.

Affirmed.

Wetherell, Bilbrey, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Michael A. Hernandez of Jones, Hurley & Hand, P.A., Miami, for Appellees.